late Division, Second Department. June 11, 1914.) Action by the Lancaster Sea Beach Improvement Company against the City of New York. No opinion. Motion granted in part. Settle order before Mr. Justice Stapleton. See, also, 147 N. Y. Supp. 1122.

---

In re LASH. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Sidney R. Lash. No opinion. Application granted. Settle order on notice.

---

LAWRENCE, Respondent, v. HEANEY, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Harry W. Lawrence, as administrator, against Patrick J. Heaney. H. S. Austin, of New York City, for appellant. J. F. McIntyre, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

CLARKE, J., dissents.

---

LAWRENCE, Respondent, v. STUYVESANT INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Frank Lawrence against the Stuyvesant Insurance Company. No opinion. Judgment and order affirmed, with costs.

---

LAYDEN, Appellant, v. KNICKERBOCKER ICE CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Edwin Layden against the Knickerbocker Ice Company.

PER CURIAM. Motion denied, with leave to apply to the Special Term. While the Appellate Division, as a condition of not dismissing an appeal, may limit the time to serve a case or perfect an appeal, motions to extend the time to make and serve a case are properly made at Special Term. Odell v. McGrath, 16 App. Div. 103, 45 N. Y. Supp. 119; Matter of Stafford, 21 App. Div. 476, 47 N. Y. Supp. 688.

---

LEHIGH VALLEY R. CO., Respondent, v. PARKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by the Lehigh Valley Railroad Company against Amasa J. Parker.

PER CURIAM. Judgment and orders affirmed, with costs. See, also, 151 App. Div. 898, 135 N. Y. Supp. 1123.

FOOTE, J., not sitting.

---

LEHRMAN, Respondent, v. LEHRMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Esther Lehrman against Harry Lehrman, etc. No opinion. Motion for stay granted. See, also, 148 N. Y. Supp. 1126.

---

LEHRMAN, Respondent, v. LEHRMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Esther Lehrman against Harry Lehrman. No opinion. In view of the uncontradicted proofs that the alleged marriage between the parties to this action was admittedly void, it was error to award alimony and counsel fee. See Collins v. Collins, 71 N. Y. 269; s. c., 80 N. Y. 1. Order reversed, and motion denied. See, also, 148 N. Y. Supp. 1126.

---

LEIB, Appellant, v. LOWE, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Louise T. Leib, as administratrix, etc., of George M. Lohner, deceased, against Edmund R. Lowe. No opinion. Judgment unanimously affirmed, with costs.

---

LEISNER, Appellant, v. BARRETT, Respondent. (Supreme Court, Appellate Division. Fourth Department. July 7, 1914.) Action by George Leisner against Nelson T. Barrett. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

LEPIDUS, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Benjamin Lepidus, an infant, etc., against George W. Linch, as receiver, etc. C. E. Chalmers, of New York City, for appellant. E. M. Hawkins, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

LEVY v. WOLFE et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Leon Levy against Marie M. Wolfe and others. No opinion. Motion denied, with $10 costs. Order filed.

---

In re LEWIS. (Supreme Court, Appellate Division, First Department. June 5, 1914.) In the matter of Charles E. Lewis, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LEWIS, Respondent, v. BERRY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Nelson P. Lewis against Frank D. Berry, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

---

LEWIS et al. v. CLARKE et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Edward C. Lewis and John H. Kitchen, copartners, etc., against Henry S. Clarke and others.

PER CURIAM. Order and interlocutory judgment affirmed, with costs and disbursements, but with leave to defendants within 20 days after entry of the order herein to withdraw such demurrer and answer the complaint, upon payment of the costs awarded at the Special Term and upon this appeal. While the complaint may not state facts sufficient to constitute a cause of action against the former mayor, it does as against the common council.